THOMAS P. ROSENFELD (PRO HAC VICE PENDING)
MARK C. GOLDENBERG (PRO HAC VICE PENDING)
KEVIN GREEN (PRO HAC VICE PENDING)
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C**
2227 South State Route 157
Edwardsville, IL 62025
Telephone: (618) 656-5150
Fax: (618) 656-6230
Email: tom@ghalaw.com
Email: kevin@ghalaw.com
Email: mark@ghalaw.com

JAMES M. WAGSTAFFE (95535) (wagstaffe@kerrwagstaffe.com)
MICHAEL K. NG (237915) (mng@kerrwagstaffe.com)
BRADY R. DEWAR (252776) (dewar@kerrwagstaffe.com)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiff A.K.

MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94105–5800
Telephone: (415) 693-2000
Fax: (415) 693-2222
Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K., as Next Friend of Minor Child J.K., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE Inc.,<br><br>    Defendant. | Case No. 5:13-cv-01600-LHK<br><br>MDL. No. 2430<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING ALL PENDING DEADLINES TO ALLOW FINALIZATION OF SETTLEMENT & DISMISSAL** |

**STIPULATION**

Plaintiff A.K. as Next Friend of Minor Child J.K. ("Plaintiff") and Defendant Google Inc. ("Defendant" and, collectively, the "Parties") have reached a settlement that will resolve all of Plaintiff's claims against Defendant and result in a dismissal with prejudice of such claims by Plaintiff. The settlement agreement is confidential and has been executed by all parties, including A.K. as Next Friend, except Minor Child J.K. As Minor Child J.K. will not attain majority until he turns 18 on July 12, 2014, the Parties have agreed that the settlement agreement will not be fully executed until J.K. signs the agreement on July 12, 2014. After the full execution of the settlement agreement, Plaintiff intends to dismiss with prejudice all of his individual claims against Defendant on or before July 21, 2014.

Accordingly, to allow the Parties to complete this settlement and dismissal, the Parties agree that all pending discovery deadlines, motion deadlines, and all other deadlines (including those set forth in Docket Entry No. 172) as between them should be vacated; the Parties respectfully request that the Court vacate all such deadlines as between them.

The Parties agree that they will notify the Court immediately if the Parties' settlement will not be timely executed by Minor Child J.K., or if Plaintiff will not dismiss his individual claims against Defendant with prejudice by July 21, 2014.

DATED: May 28, 2014         **KERR & WAGSTAFFE LLP**

By: _____
BRADY R. DEWAR

Attorneys for Plaintiff
A.K., as Next Friend of Minor Child J.K.

DATED: May 28, 2014         **COOLEY LLP**

By: _____
WHITTY SOMVICHIAN
Attorneys for Defendant GOOGLE INC.

CASE NO. 5:13-cv-01600-LHK

1

STIPULATION AND
[PROPOSED] ORDER

## ~~PROPOSED~~ ORDER

Based on the above stipulation by Plaintiff A.K. as Next Friend of Minor Child J.K. ("Plaintiff") and Defendant Google Inc. ("Defendant" and, collectively, the "Parties"), and their representations that they have reached a settlement, which they intend to fully execute on July 12, 2014, and that Plaintiff intends to dismiss with prejudice all of his individual claims against Defendant on or before July 21, 2014, the Court hereby VACATES all pending discovery and motion deadlines, all conference dates, and any and all other pending deadlines (including those set forth in Docket Entry No. 172) as between Plaintiff and Defendant.  Plaintiff and Defendant are ORDERED to notify the Court immediately if their anticipated settlement will not be executed as planned and/or if Plaintiff will not dismiss with prejudice his individual claims against Defendant on or before July 21, 2014.

The Court further sets a Case Management Conference for July 30, 2014 at 2 p.m. If the case is dismissed before July 21, 2014, that Case Management Conference will be vacated.

SO ORDERED.

DATED: May 28, 2014

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

107476126